IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 13-cv-01272-RPM

SYLVIA PALMER, individually and as Personal Representative of the
Estate of JESSICA PALMER, deceased; and
RICHARD PALMER, individually and as heir at Law of JESSICA PALMER, deceased;

      Plaintiffs,

v.

ALEXANDER PANIO, JR.;
MARY PANIO;
ADOLESCENT AND FAMILY INSTITUTE OF COLORADO, INC., a Colorado Corporation;
EDRA WEISS, MD;
WHITNEY HARRAH;
CARLA DAMICONE; and
JANE JORDAN,

      Defendants.
_____

## ORDER OF DISMISSAL
_____

      Pursuant to the Parties' Joint Motion for Dismissal Pursuant to Fed.R.Civ.P. 41(a)(2), filed today, it is

      ORDERED that this action is dismissed with prejudice, each party to bear their own attorneys' fees and costs.

      DATED:   July 1, 2014

                                       BY THE COURT:

                                       s/Richard P. Matsch

                                       _____
                                       Richard P. Matsch, Senior Judge